Eric P. Escamilla #231859
LAW OFFICE OF ERIC P. ESCAMILLA
516 W. Shaw Avenue, Suite 200
Fresno, California 93704
Telephone:   (559) 485-2535
Facsimile:   (559) 485-2535
Email:       eric@escamillalawoffices.com

Attorney for Plaintiff: ROSE CARREON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CARREON, | Case No.: 1:15-CV-01043 |
| Plaintiff, | ORDER ON PLAINTIFF'S EX-PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE |
| vs. | |
| UNITED LEGAL GROUP, PLC, | |
| Defendant. | |

COMES NOW, Plaintiff ROSE CARREON and requests an Ex-Parte Order to Continue the Mandatory Scheduling Conference in the above entitled matter and represents as follows:

I, ERIC P. ESCAMILLA, hereby apply on behalf of Plaintiff ROSE CARREON in the above captioned matter for an ex-parte order, pursuant to LOCAL RULE 240 and Federal Rule of Civil Procedure 16 to continue the Mandatory Scheduling Conference in the above entitled matter set on October 8, 2015, at 10:00 a.m. in Department 6 of the above entitled court to a date approximately 45 days in the future or as the Court may calendar to the convenience of the Court and parties.

Dated: October 8, 2015   October 7, 2015

                                                     /s/ Eric P. Escamilla
                                                  ERIC P. ESCAMILLA
                                                  Attorney for Plaintiff
                                                  ROSE CARREON

**DECLARATION OF ERIC P. ESCAMILLA IN SUPPORT**
**OF EX-PARTE APPLICATION TO CONTINUE**
**MANDATORY SCHEDULING CONFERENCE**

1. I am an attorney licensed to practice in all courts in the State of California. I am a member of the bar of this Court and the attorney of record in this matter for Plaintiff ROSE CARREON.

2. The Complaint in this matter was filed on July 8, 2015.

3. The Mandatory Scheduling Conference in this case is currently set for October 8, 2015.

4. After the Complaint was filed in this matter the Mandatory Scheduling Conference was not placed on office calendar. As a result of this mis-calendaring there were no calendar ticklers set to ensure service of the Defendant time to file an answer make its appearance before the Court.

5. Plaintiff is requesting a continuance of 45 days to allow for the defendant to be served and files its answer and be prepared to participate fully in the scheduling of this case for trial.

6. There have been no previous requests for a continuance of the Mandatory Scheduling Conference or other extensions of time or delay due to any party in this case.

7. There are no other available or alternative means to address the problem that gives rise to this request for a continuance of the Mandatory Settlement Conference.

8. There is no significant prejudice to any party or witnesses as a result of this request for a continuance.

9. The interests of justice would be best served by a continuance of the October 8, 2015, Mandatory Scheduling Conference.

10. As a result of the facts and circumstances of this case, I am requesting a continuance of the Mandatory Scheduling Conference to approximately 45 days in the future or to a date to the convenience of the Court.

11. The Court has not previously granted any continuances in this matter.

12. This matter is a Fair Debt Collection proceeding and is excepted by Local Rule 240 from the mandatory scheduling order requirement set forth in Fed. R. Civ. P. 16(b).

13. I will also be out of the country on October 8, 2015, and do not return until October 18, 2015, and I would like to personally appear and participate in the Mandatory Scheduling Conference in this matter.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this declaration was executed on October 8, 2015, at Fresno, California.

      /s/ Eric P. Escamilla
ERIC P. ESCAMILLA
Attorney for Plaintiff
ROSE CARREON

**I.**

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to LOCAL RULE 240 and Federal Rule of Civil Procedure 16, the Court is authorized to control its calendar with respect to calendar with respect to status conferences and Mandatory Scheduling Conferences.

DATED: October 7, 2015                    LAW OFFICE OF ERIC P. ESCAMILLA

                                          /s/   Eric P. Escamilla
                                          ERIC P. ESCAMILLA
                                          Attorney for Plaintiff
                                          ROSE CARREON

**ORDER**

Based upon the foregoing and good cause appearing,

**IT IS HEREBY ORDERED** that:

The Mandatory Scheduling Conference currently set on October 8, 2015, is continued to December 11, 2015, at 10:00 AM, in the Yosemite Courthouse of the Eastern District Court.  The parties may appear telephonically.

IT IS SO ORDERED.

Dated:   October 8, 2015        /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE

ORDER ON PLAINTIFF'S EX-PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE – PAGE 4