Eric P. Escamilla #231859
LAW OFFICE OF ERIC P. ESCAMILLA
516 W. Shaw Avenue, Suite 200
Fresno, California 93704
Telephone:  (559) 485-2535
Facsimile:  (559) 485-2535
Email:  eric@escamillalawoffices.com

Attorney for Plaintiff:     ROSE CARREON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| ROSE CARREON, | ) | Case No.: 1:15-cv-01043-DAD-MJS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | EX-PARTE APPLICATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND ORDER |
| vs. | ) | |
| UNITED LEGAL GROUP, PLC, | ) | DATE:  December 11, 2015 |
| | ) | TIME:  10:00 a.m. |
| Defendant. | ) | DEPT:  6 |

COMES NOW, Plaintiff ROSE CARREON and requests an Ex-Parte Order for Leave to File a First Amended Complaint and to Continue the Mandatory Scheduling Conference in the above entitled matter and represents as follows:

I, ERIC P. ESCAMILLA, hereby apply on behalf of Plaintiff ROSE CARREON in the above captioned matter for an ex-parte order, pursuant to Local Rules 220 and 240, and Federal Rules of Civil Procedure 15 and 16, for leave to file Plaintiff's First Amended Complaint and to continue the Mandatory Scheduling Conference in the above-entitled matter, set on December 11, 2015, at 10:00 a.m. in Department 6 of the above-entitled court, to a date approximately 60 days in the future or as the Court may calendar to the convenience of the Court and parties.

Dated: December 4, 2015

        /s/ Eric P. Escamilla
ERIC P. ESCAMILLA
Attorney for Plaintiff
ROSE CARREON

**<u>DECLARATION OF ERIC P. ESCAMILLA IN SUPPORT OF EX-PARTE APPLICATION TO FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND TO CONTINUE MANDATORY SCHEDULING CONFERENCE</u>**

1. I am an attorney licensed to practice in all courts in the State of California. I am a member of the bar of this Court and the attorney of record in this matter for Plaintiff ROSE CARREON.

2. The Complaint in this matter was filed on July 8, 2015.

3. The Mandatory Scheduling Conference in this case is currently set for December 11, 2015.

4. The Mandatory Scheduling Conference was previously continued from October 8, 2015 to allow for the defendant to be served.

5. Plaintiff's process server was unable to serve the Defendant at the address listed with the Secretary of State for its Registered Agent. After researching the issue extensively, Plaintiff now believes that she has named the wrong Defendant in this lawsuit.

6. Plaintiff believes the Defendant should be correctly named as "ULRS, INC. d/b/a CREDIT COLLECTION BUREAU & UNITED LEGAL GROUP," rather than "UNITED LEGAL GROUP, PLC."

7. Plaintiff originally believed she had named the correct Defendant, as its representatives used the name "United Legal Group" when identifying themselves to her during collection calls, as alleged in the Complaint.

8. If the Court grants Plaintiff's request for leave to amend her complaint, she will promptly request the Clerk of Court issue an Alias Summons directed to the new Defendant and seek to have that summons served as soon as possible.

9. Plaintiff also requests the Court continue the Mandatory Scheduling Conference for approximately 60 days to allow enough time for the new Defendant to be served and to appear in the Case.

10. Plaintiff will not request any further continuances of the Mandatory Scheduling Conference and apologizes to the Court for any delay caused by these requests.

11. There are no other available or alternative means to address the problem that gives rise to these requests for leave to file a First Amended Complaint and for a continuance of the Mandatory Scheduling Conference.

12. There is no significant prejudice to any party or witnesses as a result of these requests for leave to file a First Amended Complaint and for a continuance of the Mandatory Settlement Conference.

13. The interests of justice would be best served by granting Plaintiff leave to file a First Amended Complaint and a continuance of the December 11, 2015 Mandatory Scheduling Conference.

14. As a result of the facts and circumstances of this case, Plaintiff is requesting leave to file a First Amended Complaint and a continuance of the Mandatory Scheduling

Conference to approximately 60 days in the future or to a date at the convenience of the Court.

15. This matter is a Fair Debt Collection Practices Act proceeding and is excepted by Local Rule 240 from the mandatory scheduling order requirement set forth in Fed. R. Civ. P. 16(b).

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and that this declaration was executed on December 4, 2015, at Fresno, California.

    /s/ Eric P. Escamilla
ERIC P. ESCAMILLA
Attorney for Plaintiff
ROSE CARREON

### **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to Local Rule 240 and Federal Rule of Civil Procedure 16, the Court is authorized to control its calendar with respect to calendar with respect to status conferences and Mandatory Scheduling Conferences. Pursuant to Local Rule 220 and Federal Rule of Civil Procedure 15, the Court is authorized to grant, and should freely give, leave to amend pleadings when justice so requires. A copy of Plaintiff's proposed First Amended Complaint is attached as an exhibit hereto.

DATED: December 4, 2015        LAW OFFICE OF ERIC P. ESCAMILLA

    /s/   Eric P. Escamilla
ERIC P. ESCAMILLA
Attorney for Plaintiff
ROSE CARREON

## ORDER

Based upon the foregoing and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Plaintiff is granted leave to file her First Amended Complaint within 7 days of the entry of this order;

2. Defendant UNITED LEGAL GROUP, PLC is dismissed from this matter without prejudice;

3. ULRS, INC. d/b/a CREDIT COLLECTION BUREAU & UNITED LEGAL GROUP is hereby substituted as the proper party Defendant herein;

4. Upon Plaintiff's proper request, the Clerk of Court shall issue an Alias Summons directed to the new Defendant herein, ULRS, INC. d/b/a CREDIT COLLECTION BUREAU & UNITED LEGAL GROUP; and

5. The Mandatory Scheduling Conference currently set on December 11, 2015, is continued to February 11, 2016, at 10:30 AM, in Department 6.

IT IS SO ORDERED.

Dated: December 4, 2015        /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE