Randall Baker (SBN 231721)
495 East Rincon, Suite
Corona, CA 92879
Tel:
Email: randall.a.baker@gmail.com

Attorneys for Defendant ULRS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CARREON,<br><br>  Plaintiff,<br><br>v.<br><br>ULRS, Inc.,<br><br>  Defendant. | Case No.: 1:15-cv-01043-DAD-MJS<br><br>ANSWER TO COMPLAINT |

TO THE COURT, ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Comes now Defendant ULRS, INC. (hereinafter "ULRS"), and in answer to the Complaint herein, for itself and itself alone, admits, denies, and alleges as follows:

1. Responding to paragraphs 2 and 3, ULRS admits that venue and jurisdiction are proper.

2. Responding to paragraphs 4, 5, 12, 13, 14, 24, 25, 26, ULRS admits that the allegations contained in those paragraphs is true.

3. Responding to paragraphs 6, 7, 8, 9, 10, 15, 16, 18, 20, 22, 27, 28, and 29, ULRS denies each and every allegation contained therein.

//

//

1

ANSWER TO COMPLAINT

## FIRST AFFIRMATIVE DEFENSE

4. Plaintiff's Complaint fails to state a cause of action against ULRS.

## SECOND AFFIRMATIVE DEFENSE

5. Any violation by ULRS was the result of a bona fide error, in that the violation was unintentional and occurred notwithstanding the fact that ULRS maintains procedures reasonably adapted to avoid such an error.

Dated: February 24, 2016

LAW OFFICE OF RANDALL A. BAKER

*/s/ Randall Baker*

Randall Baker,
Attorney for Defendant ULRS, INC.