**Eric P. Escamilla, S.B. No. 231859**
**Allen Chern, LLP**
**516 W. Shaw Avenue, Ste. 200**
**Fresno, CA 93704**
**Tel: (559) 485-2535**
**Fax: (866) 359-7478**
**Email: eric@escamillalawoffices.com**

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ROSE CARREON a/k/a ROSEMARIE CARREON, | Case No.  1:15-cv-01043-DAD-MJS |
| Plaintiff, | |
| v. | **STUPULATION OF DISMISSAL** |
| UNITED LEGAL GROUP, PLC., | |
| Defendant. | |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation

Respectfully submitted,

Dated this 12th day of April, 2016      /s/ Eric P. Escamilla
                                        ERIC P. ESCAMILLA
                                        Allen Chern, LLP
                                        516 W. Shaw Avenue, Ste. 200
                                        Fresno, CA 93704

                                        *Attorney for Plaintiff*
Dated this 12th day of April, 2016      /s/ Randall A. Baker
                                        RANDALL A. BAKER

                                            495 East Rincon
                                            Corona, CA 92879

                                            *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFID that service of the foregoing **STIPULATION OF DIMISSAL** has been made this 12th date of Aril, 2016 via the Court's CM/ECF system to:

Randall A. Baker,                                      randall.a.baker@gmail.com
*Attorney for Defendant*

                                            <u>/s/ Eric P. Escamilla</u>
                                            ERIC P. ESCAMILLA
                                            Allen Chern, LLP
                                            516 W. Shaw Avenue, Ste. 200
                                            Fresno, CA 93704