UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE CARREON a/k/a ROSEMARIE CARREON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED LEGAL GROUP, PLC,<br><br>Defendant. | No. 1:15-cv-01043-DAD-MJS<br><br>ORDER CLOSING CASE; ACTION HAS BEEN DISMISSED WITH PREJUDICE<br><br>(Doc. No. 16) |

On April 12, 2016, the parties filed a joint stipulation dismissing the action with prejudice and with the parties to bear their own costs and attorney fees. (Doc. No. 16.) In light of the parties' stipulation, this action has been terminated from the case, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice, without an award of attorneys' fees and costs to any party. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **April 13, 2016**

_____
UNITED STATES DISTRICT JUDGE

1